# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DAIMEON MOSLEY,<br><br>        Plaintiff,<br><br>vs.<br><br>OD OF MICHIGAN, INC., d/b/a OFFICE DEPOT, a Delaware corporation,<br><br>        Defendant. | **CASE NO. 2:18-cv-11644**<br><br>**HON. ARTHUR J. TARNOW**<br><br>**MAG. ELIZABETH A. STAFFORD** |

## ORDER GRANTING JOINT MOTION FOR
## APPROVAL OF SETTLEMENT AND ORDER OF DISMISSAL

THIS CAUSE came before the Court on the parties' "Joint Motion For Approval of Settlement and for Dismissal," and the parties' Settlement Agreement, and the Court having reviewed the Settlement Agreement and the pleadings and papers filed in this cause, being advised that the parties' settlement expressly requires this Court's approval of the Settlement Agreement and retention of jurisdiction to enforce the Settlement Agreement, as a condition precedent to the effectiveness of their Settlement Agreement, it is hereby

ORDERED AND ADJUDGED that:

1. This Court has reviewed and hereby approves the Settlement Agreement entered into by the parties and directs the parties to comply with the terms thereof.

2.  The Court retains jurisdiction over this matter for the purpose of enforcement of the Settlement Agreement.

3.  Subject only to the foregoing reservation, this action is otherwise dismissed with prejudice, with no award of fees or costs to any party.

**IT IS SO ORDERED**.

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR U.S. DISTRICT JUDGE

Dated: September 6, 2018

The undersigned stipulate to the entry of the above Order:

| | |
|---|---|
| */s/ George T. Blackmore (w/ consent)* | */s/ Gary C. Ankers* |
| BLACKMORE LAW PLC | LITTLER MENDELSON, P.C. |
| 21411 Civic Center Drive | 200 Renaissance Center |
| Suite 200 | Suite 3110 |
| Southfield, MI 48076 | Detroit, MI 48243 |
| 248.845.8594 | 313.202.3222 |
| george@blackmorelawplc.com | ganskers@littler.com |
| (P76942) | (P41599) |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| Dated: September 6, 2018 | Dated: September 6, 2018 |